## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**ART LONGORIA,**

      **Plaintiff,**

**vs.**                                        **No. CIV 10cv794 RHS/WDS**

**SANDIA NATIONAL LABORATORIES and**
**METAL TRADES COUNCIL**

      **Defendant.**

## JURY DEMAND

**COMES NOW** Plaintiff, by counsel, and hereby demands the above named and

numbered cause of action come on for trial before a six-person jury on all issues so triable.

LAW OFFICES OF MICHAEL E. MOZES, P.C.

_/s/Michael E. Mozes_
Attorney for Plaintiff Art Longoria
5732 Osuna Road NE
Albuquerque, NM  87109-2527
(505) 880-1200
(505) 881-2444
mozeslawoffice@gmail.com