IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ART LONGORIA,

    Plaintiff,

vs.                                          Case No: 10cv794 RHS/WDS

SANDIA NATIONAL LABORATORIES, et al.,

    Defendants.

## M I N U T E   O R D E R

Pursuant to the failure to file a Notice of Consent/Refusal to Proceed Before a U.S. Magistrate Judge, please be advised that the above-captioned case has been reassigned to U.S. District Court Judge M. Christina Armijo as presiding Judge.

> "In accordance with D.N.M.LR.Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**"

Kindly reflect this change when submitting further pleadings for this case as:

CASE NUMBER **CV 10-794 MCA/WDS**.

-------------------------------
Clerk of the Court