IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ART LONGORIA,

    Plaintiff,

vs.                                                No. CV 10-794 MCA/WDS

SANDIA NATIONAL LABORATORIES and
METAL TRADES COUNCIL,

    Defendants.

## NOTICE OF UNAVAILABILITY

    Scott D. Gordon, attorney for Defendant Sandia National Laboratories in the above-referenced action, hereby gives notice to the Court and all parties that he will be unavailable on December 1-3, 2010 and January 7 – 10, 2011, and would respectfully request that no trials, hearings, depositions, discovery or other matters be scheduled in this matter during that period.

                                                 RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                                 By *Electronically Filed October 27, 2010*
                                                      Scott D. Gordon
                                                      Jeffrey L. Lowry
                                                 Post Office Box 1888
                                                 Albuquerque, New Mexico  87103
                                                 (505) 765-5900
                                                (505) 768-7395 [fax]
                                               Attorneys for Defendant Sandia

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 27th day of October, 2010, we filed the foregoing Notice electronically through the CM/ECF system, which caused the parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

                                                  /s/
                                                  Scott D. Gordon