IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ART LONGORIA,

    Plaintiff,

vs.                                  No. CV 10-794 MCA/WDS

SANDIA NATIONAL LABORATORIES and
METAL TRADES COUNCIL,

    Defendants.

## DEFENDANT SANDIA'S CORPORATE DISCLOSURE STATEMENT

Defendant Sandia Corporation ("Sandia"), doing business as Sandia National Laboratories, pursuant to Fed. R. Civ. P. 7.1, makes the following disclosure statement:

Sandia is a wholly-owned subsidiary of Lockheed Martin Corporation.

Lockheed Martin Corporation is a publically-traded corporation. It has no parent corporations.

No publicly-traded corporation owns 10% or more of Lockheed Martin Corporation's stock.

Sandia operates and manages Sandia National Laboratories, a Government-owned Federally Funded Research and Development Center, under a Contract with the United States of America, acting through the National Nuclear Security Administration of the United States Department of Energy.

                                          RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

                                          By: *Electronically Filed October 28, 2010*
                                                   Scott D. Gordon
                                          Post Office Box 1888
                                          Albuquerque, NM  87103
                                          (505) 765-5900
                                          *Attorneys for Defendant Sandia*

- 2 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __28th__ day of October 2010, we filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/_____
Scott D. Gordon