# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| Art Longoria <br> *Plaintiff* <br> v. <br> Sandia National Laboratories and Metal Trades Council, <br> *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 10 cv 794 RHS/WDS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Metal Trades Council, AFL-CIO
1030 San Pedro NE
Albuquerque, NM  87110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Law Offices of Michael E. Mozes, PC
5732 Osuna Road NE
Albuquerque, NM  87109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Tuesday, September 07, 2010

Jennifer Calardo
*Signature of Clerk or Deputy Clerk*

Civil Action No. 10 cv 794 RHS/WDS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paulette Kawlenski , who is
designated by law to accept service of process on behalf of *(name of organization)* Metal Trade
Union on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 10-25-10

*Server's signature*

Norma L. Mozes - Server
*Printed name and title*

5732 Osuna NE, Albuquerque NM
*Server's address*

Additional information regarding attempted service, etc: