IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ART LONGORIA,**

    **Plaintiff,**

**v.**                       **No. CV 10-794 MCA/WDS**

**SANDIA NATIONAL LABORATORIES and
METAL TRADES COUNCIL,**

    **Defendants.**

## ENTRY OF APPEARANCE

COMES NOW Law Office of Justin Lesky (Justin Lesky), and hereby enters its appearance in this matter on behalf of Defendant Metal Trades Council. Contact information follows signature line.

                                     Respectfully submitted,

                                     LAW OFFICE OF JUSTIN LESKY

                                   /s/ Justin Lesky
                                   Justin Lesky, Esq.
                                   8210 La Mirada Place NE Suite 600
                                   Albuquerque, NM 87109
                                   (505) 266-4335
                                   (505) 266-1915 fax
                                   jlesky@leskylawoffice.com

I hereby certify that on November 2, 2010 I filed the foregoing electronically through the CM/ECF system which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Michael E. Mozes, Esq.
mozeslawoffice@gmail.com
Attorney for Plaintiff

Scott D. Gordon, Esq.
sgordon@rodey.com
Jeffrey L. Lowry, Esq.

jlowry@rodey.com
Attorneys for Defendant Sandia National Laboratories

<u>/s/ Justin Lesky</u>