IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ART LONGORIA**,

    Plaintiff,

vs.                                          No. Civ. 10-794 MCA/WDS

**SANDIA NATIONAL LABORATORIES**
**and METAL TRADES COUNCIL**,

    Defendants.

## ORDER GRANTING *JOINT MOTION TO STAY PROCEEDINGS PENDING ARBITRATION*

**THIS MATTER** is before the Court on the parties' *Joint Motion To Stay Proceedings Pending Arbitration*, filed May 31, 2011 [Doc 44]. In that *Motion*, the parties note that Plaintiff's Counts III and IV have been voluntarily dismissed with prejudice and that only Counts I and II remain. The parties stipulate that Counts I and II are subject to arbitration.

**IT IS THEREFORE ORDERED** that this proceeding is stayed pending the results of arbitration of Counts I and II.

**IT IS FURTHER ORDERED** that at the conclusion of the arbitration, either party may move this Court to enter an order of judgment on the results of the arbitration.

**IT IS FURTHER ORDERED** that the parties will provide this Court with a joint status report every three months during the pendency of the arbitration, with the first joint status report due on September 1, 2011.

**SO ORDERED** this 31st day of May, 2011, in Albuquerque, New Mexico.

M. CHRISTINA ARMIJO
United States District Judge